SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
MIGUEL HERNANDEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>         Plaintiff,<br><br>    vs.<br><br>VICHAI SANGNGEONON; and DOES 1 to 10,<br><br>         Defendants. | Case No.: 2:23-cv-03726-SB (RAOx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

    Notice is hereby given that Plaintiff MIGUEL HERNANDEZ ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case and would like to avoid any additional expense, and further the interests of judicial economy.

    Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  July 28, 2023                                  **SO. CAL EQUAL ACCESS GROUP**

                                                                     */s/ Jason J. Kim*
                                                            JASON J. KIM
                                                            Attorney for Plaintiff