**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, MIGUEL HERNANDEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ, <br><br> Plaintiff, <br><br> vs. <br><br> VICHAI SANGNGEONON; and DOES 1 to 10, <br><br> Defendants. | **Case No.: 2:23-cv-03726-SB (RAOx)** <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MIGUEL HERNANDEZ ("Plaintiff") and Defendants VICHAI SANGNGEONON, stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear their own costs and attorneys' fees.

Respectfully submitted,

DATED: September 5, 2023     SO. CAL. EQUAL ACCESS GROUP

By: */s/   Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

Dated: September 5, 2023     **ADLI LAW GROUP, PC**

By: */s/ Vernon Nelson*
VERNON NELSON
Attorneys for Defendant,
VICHAI SANGNGEONON

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 05, 2023     By: */s/ Jason J. Kim*
Jason J. Kim

1
JOINT STIPULATION FOR DEFENDANT WITH PREJUDICE